JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-3130 PA (MARx) | Date | June 2, 2022 |
|---|---|---|---|
| Title | Michael Muffoletto v. Teledyne Defense Electronics, LLC, et al. | | |

Present: The Honorable   PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman (video) | Myra Ponce (video) |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Stephen Wiard (video) | Sylvia Kim (video) |

**Proceedings:**   STATUS CONFERENCE by ZOOM

Cause called; appearances made. Court and counsel confer regarding the status of the action. Plaintiff counsel makes an oral motion to dismiss the sixth cause of action. Accordingly, the Court grants the motion to dismiss the sixth cause of action.

Plaintiff also brings six state law claims. The Court has supplemental jurisdiction over Plaintiff's state law claims under 28 U.S.C. § 1367(a). Once supplemental jurisdiction has been established under § 1367(a) a district court "can decline to assert supplemental jurisdiction over a pendant claim only if one of the four categories enumerated in § 1367(c) applies." Executive Software v. U.S. Dist. Court for the Cent. Dist. Of Cal., 24 F.3d 1545, 1555-56 (9th Cir. 1994). The Court may decline supplemental jurisdiction under § 1367(c) if:

> (1) the claim raises a novel or complex issue of state law, (2) the claim substantially predominates over the claim or claims over which the district court has original jurisdiction, (3) the district court dismissed all claims over which it has original jurisdiction, or (4) in exceptional circumstances, there are other compelling reasons for declining jurisdiction.

28 U.S.C. § 1367(c)

Here, the Court has dismissed all of the federal claims over which it has original jurisdiction. Accordingly, the Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claims, and those claims are remanded to the Los Angeles County Superior Court, Case No. 22STCV11204.

IT IS SO ORDERED.

|  | : | 05 |
|---|---|---|
| Initials of Preparer | | kss |