

**United States District Court**
Central District of California
**Office of the Clerk**

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

June 03, 2022

Superior Court of California
County of Los Angeles
111 North Hill Street
Los Angeles CA 90012

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUN 09 2022

Sherri R. Carter, Executive Officer/Clerk of Court

Re:  Case Number: 2:22-cv-03130-PA-MARx

Previously Superior Court Case No.: 22STCV11204

Case Name: Michael Muffoletto v. Teledyne Defense Electronics, LLC et al

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on _____ June 2, 2022 _____, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below.  Thank you for your cooperation.

[✓] United States Courthouse
255 East Temple St., Suite TS-134
Los Angeles, CA 90012

[ ] United States Courthouse
411 West Fourth St., Room 1053
Santa Ana, CA 92701-4516

[ ] United States Courthouse
3470 Twelfth St., Room 134
Riverside, CA 92501

Respectfully,

Clerk, U. S. District Court

By: alison_bandek@cacd.uscourts.gov
Deputy Clerk

FILED
CLERK, U.S. DISTRICT COURT
JUN 16 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

RECEIVED - CENTRAL
FAMILY LAW CLERK'S OFFICE
JUN 09 2022

*Encls.*
*cc: Counsel of record*

Receipt is acknowledged of the documents described above.

6-9-22
Date

Clerk, Superior Court
By: Natalie Osollo
Deputy Clerk